**Order filed July 31, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00431-CV
_____

### JASMINE RICKS, Appellant

### V.

### QUALITY CARRIERS, INC. & CRAIG L. SMITH, Appellees

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-17716**

## O R D E R

The notice of appeal in this case was filed May 7, 2014. To date, the filing fee of $195.00 has not been paid. On June 4, 2014, appellant filed an affidavit of indigence in this court. On June 9, 2014, appellees filed a contest to appellant's affidavit. On June 13, 2014, the Harris County District Clerk filed a contest to appellant's affidavit. On June 17, 2014, this court abated the appeal and referred the contests to the trial court to determine whether appellant is entitled to appeal without advanced payment of costs. On July 11, 2014, the trial court held a

hearing, sustained the contests, and ordered appellant to pay costs of appeal. On July 21, 2014, the trial court signed an order in which it found appellant was not entitled to proceed without advanced payment of costs.

The appeal is reinstated. Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **August 15, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM